UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOPHIE POST | Case Number: 1:10-cv-1054 |
| Plaintiff | |
| vs. | |
| FIRST REVENUE ASSURANCE, LLC | |
| Defendant | |

### ORDER

AND NOW, this __18__ day of __May__, 2011, it is hereby ORDERED AND DECREED, that a default judgment is entered against Defendant, FIRST REVENUE ASSURANCE, LLC in the amount of $6,159.95 for failure to plead or otherwise defend the complaint in this action.

BY THE COURT:

_____
U.S.D.J.



FILED
MAY 18 2011
PER _____, DEPUTY CLERK
HARRISBURG, PA